UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICK YOUNG                                                                                      PETITIONER

V.                                                  CIVIL ACTION NO. 3:19-CV-100-KHJ-LGI

WARDEN CHRISTOPHER RIVERS                                            RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Lakeysha G. Isaac [24]. That Report recommends that the Court dismiss Young's § 2241 petition for lack of a case or controversy and because Young did not provide the Court with his current mailing address. Written objections to the Report were due by December 27, 2021. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

When no party has objected to a magistrate judge's report and recommendation, the Court need not review it de novo. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

No party objected to the Report and Recommendation and the time to do so has passed. The Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law and should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Report and Recommendation [24] of United States Magistrate Judge Lakeysha G. Isaac, entered in this cause should be, and the same is, adopted as the finding of this Court.

IT IS, FURTHER, ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

A separate Final Judgment will issue this day.

SO ORDERED, this the 28th day of December, 2021.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE